# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, ss. | SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT |

Boston Light Source, Inc.,

    Plaintiff,

v.

Axis Lighting, Inc.,

    Defendant.

Civil Action No. 2017-1087A

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Axis Lighting, Inc. ("Defendant"), hereby gives notice to the Superior Court of Suffolk County, Massachusetts and Joshua A. Lewin, Esq., attorney for the Plaintiff, that the Defendant has filed a Notice of Removal, thereby removing the above-captioned action to the United States District Court for the District of Massachusetts. A copy of the Notice of Removal is attached to this Notice.

    Respectfully submitted,

    Axis Lighting, Inc.

    By its attorneys,

    /s/ Brian Wesley Cook
    Brian Wesley Cook (BBO# 682410)
    Mark E. Tully (BBO# 550403)
    GOODWIN PROCTER LLP
    100 Northern Avenue
    Boston, Massachusetts 02210
    Tel.: +1 617 570 1000
    Fax.: +1 617 523 1231
    E-mail: bcook@goodwinlaw.com
    mtully@goodwinlaw.com

## CERTIFICATE OF SERVICE

I, Brian Wesley Cook, hereby certify that on May 30, 2017 a true copy of the foregoing document was served by U.S. First Class Mail upon all counsel of record in this action:

Joshua A. Lewin, Esq.
Bowditch & Dewey, LLP
One International Place
44th Floor
Boston, MA 02110