UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON LIGHT SOURCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AXIS LIGHTING, INC., <br><br> Defendant. | No. 17-cv-10996-NMG |

**REPORT AND RECOMMENDATION ON DEFENDANT'S**
**MOTION TO DISMISS (DKT. NO. 6)**

CABELL, U.S.M.J.

Boston Light Source ("BLS"), a representative of commercial lighting products, has brought a seven-count action against Axis Lighting ("Axis"), a manufacturer of commercial lighting products, to recover unpaid commissions BLS contends it earned through marketing, promoting and selling Axis's products. Axis moves to dismiss five of the seven counts for failure to state a claim. For the reasons discussed below, I recommend that the motion to dismiss be granted in part and denied in part.

I.  BACKGROUND

   A. Relevant Facts

Accepting the facts in the complaint as true, BLS is a sales representative for manufacturers of commercial lighting products, including Axis, whose products are sold across the United States.

*Report and Recommendation accepted and adopted. /s/ NM Gorton, USDJ 12/20/17*